IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Penske Logistics and Gallagher : 
Bassett Services, Inc., : 
             Petitioners : 
                       : 
          v. : No. 713 C.D. 2014
                       : 
Workers' Compensation Appeal : 
Board (Troxel), : 
             Respondent : 

## **O R D E R**

AND NOW, this 23rd day of February, 2016, Petitioners' Application to Report Opinion is GRANTED and it is hereby ORDERED that the above-captioned opinion filed June 17, 2015, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
MARY HANNAH LEAVITT, President Judge